UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ANTHONY J. CIULLO,

                  Plaintiff,         **MEMORANDUM**

    - v -

                                        CV-10-4484 (CBA)(VVP)

YELLOW BOOK USA, INC.,

                  Defendant.
----------------------------------------------------------------x

        The parties have submitted a Stipulation and Order of Confidentiality for the court's endorsement. Portions of the proposed order are problematic. Specifically, the proposed order permits the parties to designate as confidential, and therefore subject to the order, any discovery material that the parties believe in good faith contains "confidential business information." That phrase does not provide sufficient specificity as to what may be covered, and thus permits the parties to shield information from disclosure without a showing of "good cause" as required by Rule 26(c). The court has therefore stricken that phrase from the order entered by the court. To the extent that specific "business information" deserves confidential treatment, the parties may make an application to the court supported by a showing of good cause. In addition, the court has limited the "human resources and benefits information" that may be designated as confidential to information about specific individuals; generalized information about human resources and benefits that does not disclose information about specific individuals does not deserve confidential treatment absent a showing of good cause. With the modifications described above, the order submitted by the parties will be entered.

                                                                    **SO ORDERED:**

                                                                    s/VVP

                                                               VIKTOR V. POHORELSKY
                                                              United States Magistrate Judge

Dated:        Brooklyn, New York
                September 21, 2011